FILED'10 AUG 6 16:18USDC-ORM

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

HARRY AND DAVID,
an Oregon Corporation

    Plaintiff,

v.

ANSHU PATHAK, an individual,
dba Organic Fruit of the Month Club,
also dba Brentwood Trading Group, &
also dba Premium Enterprises,

    Defendant.

Civ. No.09-3013-CL

**ORDER**

**PANNER, District Judge:**

    Magistrate Judge Mark D. Clarke filed a Report and Recommendation, and the matter is now before this court. See 28 U.S.C. § 636(b)(1)(B), Fed. R. Civ. P. 72(b). Although no objections have been filed, this court reviews the legal principles *de novo*. See Lorin Corp. v Goto & Co., Ltd., 700 F.2d 1202, 1206 (9th Cir. 1983).

1 - ORDER

I have given this matter *de novo* review. I find no error in the Report and Recommendation.

**CONCLUSION**

Magistrate Judge Clarke's Report and Recommendation (#37) is adopted. Plaintiff's request for sanctions (#36) is GRANTED. The court imposes the following sanctions:

(1) Defendant's answer is stricken.

(2) Defendant's untimely and evasive responses to plaintiff's requests for admissions are stricken. Admissions are deemed admitted.

(3) Default judgment is entered against defendant.

(4) Defendant is ordered to pay reasonable attorney's fees caused by defendant's non-compliance.

Magistrate Judge Clarke shall conduct a hearing regarding plaintiff's damages in this action. Defendant may contest the amount of damages, but may not contest liability.

IT IS SO ORDERED.

DATED this 5 day of August, 2010.

OWEN M. PANNER
U.S. DISTRICT JUDGE

2 - ORDER