FILED 10 NOV 30 11:32USDC-ORM

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

HARRY AND DAVID,
an Oregon Corporation

    Plaintiff,

v.

ANSHU PATHAK, an individual,
dba Organic Fruit of the Month Club,
also dba Brentwood Trading Group, &
also dba Premium Enterprises,

    Defendant.

Civ. No.09-3013-CL

**ORDER**

**PANNER, District Judge:**

    Magistrate Judge Mark D. Clarke filed a Report and Recommendation, and the matter is now before this court. See 28 U.S.C. § 636(b)(1)(B), Fed. R. Civ. P. 72(b). Although no objections have been filed, this court reviews the legal principles *de novo*. See Lorin Corp. v Goto & Co., Ltd., 700 F.2d 1202, 1206 (9th Cir. 1983).

1 - ORDER

I have given this matter *de novo* review. I find no error in the Report and Recommendation.

## CONCLUSION

Magistrate Judge Clarke's Report and Recommendation (#68) is adopted. Defendant is reminded that he is ordered to file with the court and serve on plaintiff a written, sworn statement describing in detail the manner and form in which he is complying with the order of the court, <u>within sixty (60) days of the date of this order</u>.

IT IS SO ORDERED.

DATED this _30_ day of November, 2010.

OWEN M. PANNER
U.S. DISTRICT JUDGE

2 - ORDER