IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

HARRY AND DAVID,
an Oregon Corporation

        Plaintiff,

   v.

ANSHU PATHAK, an individual,
dba Organic Fruit of the Month Club,
also dba Brentwood Trading Group, &
also dba Premium Enterprises,

        Defendant.

1:09-cv-3013-CL

**ORDER**

**PANNER, District Judge:**

    Magistrate Judge Mark D. Clarke filed a Report and Recommendation, and the matter is now before this court. See 28 U.S.C. § 636(b)(1)(B), Fed. R. Civ. P. 72(b). Plaintiff filed objections and I have reviewed the file of this case *de novo*. See 28 U.S.C. § 636(b)(1)(c); McDonnell Douglas Corp. v. Commodore Bus. Mach., Inc., 656 F.2d 1309, 1313 (9th Cir. 1981). I find no

1 - ORDER

error in the Report and Recommendation.

While I recognize Judge Ronald Lew concluded Pathak was a vexatious litigant in another trademark case one year ago, the circumstances in this matter differ and support the conclusion that, for now at least, a pre-filing order against Pathak is unwarranted. Based on past conduct, I remain concerned that Pathak may attempt to harass plaintiff through litigation. That said, I have previously found Pathak in contempt - as recently as October 2011 - and reserve the right to do so in the future, should the need arise. In short, if only through the threat of a bench warrant for his arrest, it appears Pathak may have finally learned to respect this Court and the rights of plaintiff.

Magistrate Judge Clarke's Report and Recommendation (#149) is adopted. Plaintiff's request that Anshu Pathak be declared a vexatious litigant and that a pre-filing order be entered against him is DENIED at this time. Plaintiff is granted leave to re-file the motion should Pathak attempt, in the future, to re-litigate the trademarks or claims at issue here.

IT IS SO ORDERED.

DATED this 14 day of April, 2012

OWEN M. PANNER
U.S. DISTRICT JUDGE

2 - ORDER